# In the United States Court of Federal Claims

No. 04-108C
(Filed July 21, 2004)

* * * * * * * * * * * * * * * * * * * * * *
|    | * |
|----|---|
| **GENERAL ELECTRIC CO.,** | * |
|    | * |
| Plaintiff, | * |
|    | * |
| v. | * |
|    | * |
| **THE UNITED STATES,** | * |
|    | * |
| Defendant. | * |
|    | * |

* * * * * * * * * * * * * * * * * * * * * *

### ORDER

The Court has reviewed the motions for a stay of proceedings filed by each party. As the parties are in agreement that a stay may be efficient and economical, the Court finds good cause for a stay of limited duration, as proposed by plaintiff. Accordingly, the Court hereby **GRANTS** plaintiff's motion, and **GRANTS-IN-PART** defendant's motion. All proceedings in this matter will be stayed through November 1, 2004. The parties shall file a joint status report on or by October 22, 2004, informing the Court whether they believe the stay should be extended.

**IT IS SO ORDERED.**

/S/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge