# In the United States Court of Federal Claims

No. 04-108 C
(Filed: August 22, 2008)

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                                   *
GENERAL ELECTRIC COMPANY                           *
                                                   *
                Plaintiff,                         *
                                                   *
        v.                                         *
                                                   *
UNITED STATES,                                     *
                                                   *
                Defendant                          *
                                                   *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

Pursuant to Rule 40.1(c) of the Rules of the Court of Federal Claims this case is hereby reassigned to Chief Judge Edward J. Damich.


                                           s/Edward J. Damich
                                           EDWARD J. DAMICH
                                           Chief Judge